BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY; Santa Fe Railway Company, Plaintiffs–Appellees,

v.

INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 174, an unincorporated association; Robert A. Hasegawa, an individual; Eric Smith, Defendants–Appellants.

No. 97–35859.

United States Court of Appeals, Ninth Circuit.

Aug. 27, 1999.

Before: HUG, Chief Judge.

## ORDER

Upon the vote of a majority of nonrecused regular active judges of this court,[1] it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion, *Burlington Northern Santa Fe Railway Co. v. Teamsters Local 174*, 170 F.3d 897 (9th Cir.1999), is withdrawn.

---

Gregoria GRIJALVA, Carol Knox, Mary Lea, Beatrice Bennett, and Mildred Morrell, individuals and representatives of a class of persons similarly situated, Plaintiffs–Appellees,

v.

Donna E. SHALALA, Secretary, Health and Human Services, Defendant–Appellant,

v.

Josephine Balistreri; Fred S. Scherz; Kevin A. Driscoll; Mina Ames; Edmundo B. Cardenas; Arline T. Donoho; Patricia Sloan; Beth Robley; Goldie M. Powell; Richard Baxter, Plaintiffs–Intervenors.

No. 97–15877.

United States Court of Appeals, Ninth Circuit.

Sept. 1, 1999.

Before: SCHROEDER, WIGGINS, and TASHIMA, Circuit Judges.

## ORDER

We remand this case to the district court for further consideration in light of *American Mfrs. Mut. Ins. Co. v. Sullivan*, —— U.S. ——, 119 S.Ct. 977, 143 L.Ed.2d 130 (1999), the Balanced Budget Act, and those regulations implementing the Balanced Budget Act.

The pending injunction is dismissed as moot.

So Ordered.

---

1. Judge Wardlaw was recused.